IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-677-KDB-DCK

| | |
|---|---|
| ROVSHAN SADE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SEVILLE SOLAR ONE LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling concerns. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

It appears that the parties have failed to: file a Certificate of Settlement Conference; conduct an Initial Attorney's Conference; and file a Certificate of Initial Attorney's Conference.[1] See LCvR 16.1 and 5:19-MC-005-KDB (linked to this case's docket on December 20, 2022).

**IT IS, THEREFORE, ORDERED** that the parties shall file a Certificate of Settlement Conference on or before **June 8, 2023**.

**IT IS FURTHER ORDERED** that that the parties shall conduct an Initial Attorney's Conference and file a Certificate of Initial Attorney's Conference, jointly if possible, on or before **June 16, 2023**.

The Clerk of Court is directed to send a copy of this Order to *pro se* Plaintiff by certified U.S. Mail, return receipt requested.

---

[1] The undersigned observes that *pro se* Plaintiff filed a "… Proposed Fed. Civ. Proc. Rule 26(F) Report" on May 25, 2023.

**SO ORDERED**.

Signed: May 31, 2023

David C. Keesler
United States Magistrate Judge