**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-677-KDB-DCK**

| | | |
|---|---|---|
| ROVSHAN SADE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SEVILLE SOLAR ONE LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling and case management concerns. This lawsuit has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

The undersigned observes that the parties' "Utility Patent Certificate Of Initial Attorney's Conference" (Document No. 24) filed on June 23, 2023, states in part:

> There are two co-pending cases in this District filed by Plaintiff, involving the same two patents. A single entity has indemnified the defendants in both of these cases. The Court may want to consider how best to coordinate these two cases, which are currently pending before different judges. The other WDNC case is 3:22-cv-00677-CO-SR.

(Document No. 24, p. 6).

Having carefully considered the docket in this case and the related case, and following consultation with the Honorable Kenneth D. Bell's chambers, the undersigned will direct the parties to address whether these cases should be consolidated.

**IT IS, THEREFORE, ORDERED** that counsel for Plaintiff and Defendant, jointly if possible, shall file a Notice with the Court that either: (1) indicates agreement that the related

cases 3:22-CV-677-KDB-DCK and 3:22-CV-678-MOC-SCR should be consolidated; or (2) **SHOWS CAUSE** why these related cases should *not* be consolidated.

      **IT IS FURTHER ORDERED** that the parties' Notice be limited to **five (5) pages or less** and be filed on or before **July 3, 2023**.

      **SO ORDERED**.

Signed: June 27, 2023

David C. Keesler
United States Magistrate Judge

2